■ CHARLES S. TIRONE et al., Respondents, v DOUGLAS W. HOLT et al., Appellants, et al., Defendants.—Order and judg-

ment unanimously affirmed with costs for reasons stated at Supreme Court, Flaherty, J. (Appeal from order and judgment of Supreme Court, Erie County, Flaherty, J.—summary judgment.) Present—Doerr, J. P., Boomer, Green, Pine and Davis, JJ.